UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X    05 CV 3253 (NG) (LB)
LIARRIANTE SUMBRY,

                          **Plaintiff,**

   - against -                                           **ORDER**

UNITED STATES; INDIANA GOVERNOR;
INDIANA ATTORNEY GENERAL; UNITED
STATES SENATE,

                         **Defendants.**
-----------------------------------------------------------------X

**GERSHON, United States District Judge:**

       By order dated September 21, 2005, the court dismissed plaintiff's complaint, and directed the Clerk of Court to forward a copy of the order to his counterpart in the Northern District of Indiana to inform that court of plaintiff's continuing efforts to file cases in other districts despite the court's warnings. Subsequently, the court received from plaintiff a document dated September 28, 2005, entitled "Request for Judicial Review with Public Participation." The court will construe this submission as a motion for reconsideration of its September 21, 2005 order. Since plaintiff fails to identify any matters or controlling decisions overlooked by the court, his motion for reconsideration is denied. *See* Local Civil Rule 6.3.

                                                       **SO ORDERED.**

                                                     /S/
                                             **NINA GERSHON**
                                             **United States District Judge**

Dated: Brooklyn, New York
       October 31, 2005